

## DISCIPLINARY NOTICE

Employee name: Barbie Bassett

Station and Employee Position: WLBT - Anchor

Supervisor name: Charley Jones

Witnesses (if any): _____

Documentation of:  ___ Verbal Warning   _X_ Written Warning   ___ Final Written Warning   ___ Separation

Statement of the issue/occurrence (include date, location and description of incident/issue):

On October 28, 2022, Barbie made a comment while on air to Carmen Poe who was reporting on the Jackson State University vs Southern University pregame show. Barbie said to Carmen, I know you well enough to know, those guys working behind you, they probably know who the celebrity game day picker is. So, you need to swing by the Krogers, get you a chocolate pie, well pecan pie would be just as fine. And you need to go offering it to some of those guys working behind you and see if you can get the scoop for one of those in return. I know you mother or your gran mammie has some type of recipe that you could whip up, don't you think, take it to them? The term gran mammie is a negative depiction used during slavery to refer to an African American Grandmother. The comment was insensitive and inappropriate during the newscast

Relevant policy (if applicable):

This is a violation of the following company policies:
- Unlawful Harassment – Hostile Work Environment

Has the employee received prior warnings on this subject?   ___ Yes   _X_ No

If yes, how many and what kind?

-

Was the employee's activity in violation of the policy?   _X_ Yes   ___ No

If yes, describe how:

- Barbie's comment was insensitive and offensive to many employees and viewers.

Describe the corrective action to be taken by the employee:

- Barbie will complete It's All about Respect training by (December 12, 2022). To complete the training, go to: https://learningsolutions.ogletree.com and register using the access code of WLBT.

Consequences of failure to improve performance or correct behavior:

- Any other performance or behavior that is deemed unacceptable will lead to termination of employment.

Employee statement (optional): _____

_____

I have read and understand the information provided in this notice. I also understand that further violations/occurrences could lead to further disciplinary action up to and including termination.


EXHIBIT B