# Barbie Bassett

Barbie.bassett@icloud.com

## **Education**

Mississippi College, Clinton, MS
B.S. Mass Communications

Mississippi State University, Starkville, MS
M.S. Geosciences in Broadcast Meteorology

Portland State University, Portland, OR
Post Graduate classes


## **Employment History**

WTVC-TV, Chattanooga, TN
May 1995-May 1996
Weekend Meteorologist/Lifestyle Feature Reporter

WAPT-TV, Jackson, MS
May 1996-May 1998
Weekday Morning Meteorologist

Mississippi College, Clinton, MS
August 1996-May 2004
Adjunct Professor of Communication

Madison County Chamber of Commerce
May 1998-September 1999
Director of Membership & Development

Mercury Aviation, Jackson, MS
October 1998-July 2003
Skycopter Traffic Reporter for Arrow 94.7FM & WLBT

WLBT-TV, Jackson MS
September 1999-September 2003
Morning News Anchor, 5:30am News Producer, General Assignment Reporter & Fill in Meteorologist

American Family Radio, Tupelo, MS
December 2008-May 2015
National Radio Meteorologist for 190 stations nationwide

**EXHIBIT "A"**

WLBT-TV, Jackson, MS
October 2003-May 2013
Chief Meteorologist & Midday Mississippi Co-Anchor

WLBT-TV, Jackson, MS
June 2013 – November 2019
Freelance Meteorologist, On-Air Special Projects Talent & Skycopter Traffic Reporter

WLBT-TV, Jackson, MS
December 2019 – September 2021
Morning News Traffic Reporter & Today at 11 Co-Host

WLBT-TV, Jackson, MS
October 2021 – March 2023
Morning News Anchor & Today at 11 Co-Host

Hometown Magazines, Brandon, MS
May 2023 - Present
Account Executive

## Notable Awards

Seal of Approval – American Meteorological Society
Mississippi Magazine – "Favorite Media Personality"
Clarion Ledger "Best of Favorite TV Personality" & "Best Weathercast" (multiple years)
Associated Press – Best Weathercast (multiple years)
Jackson Free Press – "Favorite TV Personality" & "Best Public Figure" (multiple years)
Mrs. Mississippi 2000
Mississippi College – Distinguished Alumnae 2007
"Top 40 Under 40" – Mississippi Economic Council
The Salvation Army – Angel Award
Girl Scouts of Middle Mississippi – Distinguished Laureate Award
Hugh O'Brian Youth Leadership Foundation – National Volunteer of the Year Award
Mississippi Farm Bureau Ag Ambassador Award

## Volunteer Activities
Colonial Heights Baptist Church – Sunday school teacher & Praise Team Singer
Junior League of Jackson – Sustaining Member
Mississippi Hugh O'Brian Youth Leadership – Board of Directors
Junior Auxiliary of Madison County – Sustaining Member
Jackson Classical – Board of Directors
American Meteorological Society Jackson Chapter – Vice President