**From:** Ted Fortenberry
**Sent:** Tuesday, March 14, 2023 2:00 PM
**To:** Sandy Breland; Sharel Bend; Will Joslin
**Cc:** Charley Jones
**Subject:** Barbie Termination Meeting
**Attachments:** WLBT - Barbie Bassett 10.01.21.pdf

Here are the details of the meeting with Barbie. As you can see in Charley's summary, she did not offer to resign, so Charley then presented the five week severance option. Her main question is the status of the non-compete (her contract is attached). I am torn on whether to grant a release from the non-compete or reduce the one-year term of that non-compete. I would appreciate your recommendations and thoughts on the most appropriate way to make that decision.

Please let us know if you have questions. Thanks for your help with this situation.

Thanks,

Ted

**From:** Charley Jones <Charley.Jones@wlbt.com>
**Sent:** Tuesday, March 14, 2023 12:41 PM
**To:** Ted Fortenberry <Ted.Fortenberry@wlbt.com>
**Subject:** Barbie Termination Meeting

Ted,

Here is a summation of our meeting with Barbie.

I began the meeting by reminding Barbie that the last time we spoke, she mentioned that she was considering resigning. I asked her is that something you are still considering. She said she was hoping that she would be allowed to stay on with us.

I then told her that we had decided to end her employment. I presented and explained to her the terms of the release we had prepared, if she chose to resign. I added that we would not be making any public statements or comments.

After briefly reviewing the resignation release, Barbie reiterated her desire to stay employed with us. She said she was not prepared to resign and asked what would happen if she did not.

I responded by telling Barbie that whether she resigned or not, she was being terminated effective today. Given that she had refused to resign and asked about other options, I then presented to her the release and waiver agreement and summarized the terms.

Barbie then spoke for about a minute. She said she hoped that we would consider all her years of service and all the good she had done for the company and asked if we could reconsider, and not make a final decision regarding termination.

I responded by saying, everything had been considered. All her years of service and her contributions, and also the impact of her recent missteps, the impact of them on her, our community, our business and our team. I told her all those factors had been carefully considered as this difficult decision was made.


EXHIBIT "J"

D000017

Barbie said she understood.  She then spoke about how she was the sole breadwinner in her family and this was going to be very difficult.  She asked if either release impacted the non-compete clause of her contract.  I told her that I was not immediately aware and did not wish to respond incorrectly, and that I would get that information and send to it to her.

I then submitted to Barbie the severance benefits guide and walked her out of the building.



**Charley Jones**
News Director
715 S. Jefferson St. Jackson, MS 39201
Direct: 601-960-4454 | Mobile: 601-850-4856 | Main: 601-948-3333
charley.jones@wlbt.com | wlbt.com

D000018